```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

ROBERT ALAN CARPENTER                                    PLAINTIFF

   v.                        Civil No. 07-6072

GARLAND COUNTY PROBATION
AND PAROLE STAFF; KRISTI
CONSTANT, Probation Officer;
TRACY HALL, Intake Supervisor;
HOT SPRINGS POLICE DEPARTMENT;
and SGT. GREG STRINGER                                   DEFENDANTS

### ORDER

Now on this 30th day of January 2008, there comes on for consideration the report and recommendation filed herein on January 7, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14). The parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, or are not presently cognizable under § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

**AO72A**
**(Rev. 8/82)**

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge